UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------
UNITED STATES OF AMERICA,

              Plaintiff,                      25-cv-6456 (JSR)

       -v-                                    ORDER

JANELLE HARRIS,

              Defendant.
-----------------------------------
```

JED S. RAKOFF, U.S.D.J.:

A stipulation of injunction, settlement, and dismissal having been entered on September 5, 2025, along with a consent judgment, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

New York, NY
July 1, 2026

_____
JED S. RAKOFF, U.S.D.J.

1